■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
SCOTT TABOH, Appellant.—Appeal by the defendant from a
judgment of the County Court, Westchester County (Colabella,
J.), rendered November 20, 1985, convicting him of attempted
burglary in the third degree, upon his plea of guilty, and
imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-
dant's assigned counsel that there are no meritorious issues
which could be raised on appeal. Counsel's application for
leave to withdraw as counsel is granted (see, Anders v Califor-
nia, 386 US 738; People v Paige, 54 AD2d 631; cf., People v
Gonzalez, 47 NY2d 606). Thompson, J. P., Lawrence, Rubin,
Harwood and Balletta, JJ., concur.